1 Cheryl A. Cauley (SBN 252262)
  TAYLOR & PATCHEN, LLP
2 One Ferry Building, Suite 355
  San Francisco, California 94111
3 Telephone:  (415) 788-8200
  Facsimile:   (415) 788-8208
4 Email: ccauley@taylorpatchen.com

5 Attorneys for Defendants
  GEARLAUNCH, INC. and
6 THATCHER CLAFLIN SPRING

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| Sanrio Co., Ltd. and Sanrio, Inc., | Case No. 2:19-cv-00916-RGK-AGR |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANTS NOTICE OF INTERESTED PARTIES** |
| GearLaunch, Inc., Thatcher Claflin Spring, and Does 1 through 10, inclusive, | Complaint Served: February 22, 2019 |
| | Trial Date: None Set |
| Defendants. | Honorable R. Gary Klausner |

The undersigned, counsel of record for Defendants GearLaunch, Inc. and Thatcher Claflin Spring, certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Sanrio Company, Ltd.
2. Sanrio, Inc.
3. GearLaunch, Inc.
4. Thatcher Claflin Spring

Dated: April 18, 2019          TAYLOR & PATCHEN, LLP


By: _____/s/ Cheryl A. Cauley_____
         Cheryl A. Cauley
Attorneys for Defendants GEARLAUNCH, INC. and THATCHER CLAFLIN SPRING

# CERTIFICATE OF SERVICE

On April 18, 2019, I electronically filed the foregoing DEFENDANTS NOTICE OF INTERESTED PARTIES with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF service.

*/s/ Catherine A. Dunbar*
Catherine A. Dunbar