Annie S. Wang (SBN 243027)
annie@wangalc.com
J. Andrew Coombs, Of Counsel (SBN 123881)
andy@wangalc.com
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs
Sanrio Co., Ltd. and Sanrio, Inc.

Cheryl A. Cauley (SBN 252262)
ccauley@taylorpatchen.com
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Attorneys for Defendants
GearLaunch, Inc. and Thatcher Claflin Spring

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Co., Ltd. and Sanrio, Inc.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>GearLaunch, Inc., Thatcher Claflin Spring, and Does 1 – 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV19-00916 RGK (AGRx)<br><br>JOINT STIPULATION RE DISMISSAL WITH PREJUDICE |

　　　Plaintiffs Sanrio Co., Ltd. and Sanrio, Inc. (collectively "Plaintiffs") and Defendants GearLaunch, Inc. and Thatcher Claflin Spring (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　WHEREAS the Complaint was filed in the above-captioned matter on or about February 6, 2019;

1  WHEREAS Defendants executed Notices and Acknowledgments of Receipt
2  of Summons and Complaint forms on February 22, 2019, which were filed with the
3  Court on February 25, 2019, Docket Nos. 12-13;
4  WHEREAS Defendants filed their Answer on April 18, 2019;
5  WHEREAS the Parties have reached a settlement as to Plaintiffs' claims; and
6  WHEREAS, pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all
7  other signatories listed, and on whose behalf the filing is submitted, concur in the
8  filing's content and have authorized the filing.
9  NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(ii), the Parties
10 stipulate and agree to dismiss Defendants with prejudice from this action, with each
11 side to bear its own fees and costs.
12 IT IS SO STIPULATED.

Dated: July 22, 2019         Wang Law Corporation

                             By: /s/ Annie S. Wang
                                    Annie S. Wang
                                    J. Andrew Coombs, Of Counsel
                             Attorneys for Plaintiffs Sanrio Co., Ltd. and
                             Sanrio, Inc.

Dated: July 22, 2019         Taylor & Patchen, LLP

                             By: /s/ Cheryl A. Cauley
                                    Cheryl A. Cauley
                             Attorneys for Defendants GearLaunch, Inc.
                             and Thatcher Claflin Spring