AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks<br>Washington, DC 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>Central District of California</u> on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV 19-00916 RGK | DATE FILED<br>02/06/2019 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Sanrio Co., Ltd. and Sanrio, Inc. | | DEFENDANT<br>GearLaunch, Inc., Thatcher Claflin Spring, and Does 1 through 10, inclusive |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED JOINT STIPULATION TO DISMISS CASE PURSUANT TO FRCP 41(a)(ii)" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ Jennylam | DATE<br>7/26/2019 |
|---|---|---|

**Copy 3—Upon termination of action,**

# EXHIBIT B

# SANRIO CO.'S TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| (Hello Kitty figure) | 1200083 | 7/6/1982 |
| (Hello Kitty figure) | 1277721 | 5/15/1984 |
| (Hello Kitty figure) | 4858350 | 11/24/2015 |
| (Hello Kitty figure) | 4620152 | 10/14/2014 |
| (Hello Kitty figure) | 4818053 | 9/22/2015 |
| (Hello Kitty figure) | 4850654 | 11/10/2015 |
| (Hello Kitty figure) | 4858353 | 11/24/2015 |
| HELLO KITTY | 1215436 | 11/9/1982 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 4620151 | 10/14/2014 |
| HELLO KITTY | 4845735 | 11/3/2015 |
| HELLO KITTY | 4845741 | 11/3/2015 |
| HELLO KITTY | 4850607 | 11/10/2015 |

- 1 -

Sanrio v. GearLaunch, Inc., et al.

| | | |
|---|---|---|
| (bow design) | 3272377 | 7/31/2007 |
| (bow design) | 3359801 | 12/25/2007 |
| (bow design) | 3445304 | 6/10/2008 |
| (bow design) | 4760381 | 06/23/2015 |
| Sanrio | 2435865 | 3/13/2001 |
| Sanrio | 2693638 | 3/4/2003 |
| Sanrio | 4850579 | 11/10/2015 |
| Sanrio | 4854803 | 11/17/2015 |
| Sanrio SMILES | 2435866 | 3/13/2001 |
| Sanrio SMILES | 2742382 | 7/29/2003 |
| KEROPPI | 3181348 | 12/5/2006 |
| KEROPPI | 3449938 | 6/17/2008 |
| KEROPPI | 3531380 | 11/11/2008 |
| MY MELODY | 1210192 | 9/28/1982 |
| MY MELODY | 1305637 | 11/20/1984 |
| LITTLE TWIN STARS | 1341864 | 6/18/1985 |
| LITTLE TWIN STARS | 3245996 | 5/29/2007 |

- 2 -

Sanrio v. GearLaunch, Inc., et al.

| | | |
|---|---|---|
| LITTLE TWIN STARS | 3245998 | 5/29/2007 |
| CHARMMY KITTY | 3505706 | 9/23/2008 |
| Chococat (image) | 2705163 | 4/8/2003 |
| CINNAMOROLL | 2952634 | 5/17/2005 |
| POCHACCO | 2236507 | 4/6/1999 |
| BADTZ MARU | 2284470 | 10/12/1999 |
| GUDETAMA | 5246977 | 7/18/2017 |
| (gudetama image) | 5246978 | 7/18/2017 |
| gudetama the lazy egg | 5242102 | 7/11/2017 |
| AGGRETSUKO | Serial No. 87603564 | n/a |
| (Aggretsuko image) | Serial No. 87603604 | n/a |